**ORIGINAL**

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: michael.nammar@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 31 2018

at 9 o'clock and 50 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 18-01406 KJM |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT; |
| | ) | AFFIDAVIT IN SUPPORT OF |
| v. | ) | CRIMINAL COMPLAINT |
| | ) | |
| BRONSON K. GOUVEIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

## COUNT 1

**Possession with Intent to Distribute Methamphetamine**

On or about December 23, 2018, within the District of Hawaii, BRONSON K. GOUVEIA, the defendant, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its sales, isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2

**Possession of Firearms after Sustaining Felony Convictions**

On or about December 23, 2018, within the District of Hawaii, BRONSON K. GOUVEIA, the defendant, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in interstate commerce, firearms, namely, a Ruger, Model Mini Thirty, 7.62 x 39 caliber, semi-automatic rifle bearing serial number 189-48448, and an Ambush Firearms, Model A11, 5.56 caliber rifle bearing serial number AF000730C, said firearms having been previously shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this Complaint is based upon the facts

set forth in the attached "Affidavit in Support of Criminal Complaint", which is incorporated herein by reference.

DATED: December 28, 2018, Honolulu, Hawaii.

Joseph Villagomez
Special Agent, ATF

Sworn to before me and
subscribed in my presence
this 28 day of December,
2018, at Honolulu, Hawaii

Honorable Richard L. Puglisi
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

JOSEPH VILLAGOMEZ, after being duly sworn, deposes and states:

1.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been employed since 2014. I am currently assigned as the Violent Crime Coordinator with the ATF Honolulu Field Office, Honolulu, Hawaii. I am charged with the investigation and enforcement of violations of federal firearm laws and associated violations. I graduated magna cum laude with a Bachelor's of Science in Criminal Justice and obtained a Master's Degree in Public Administration and both degrees were conferred by the University of Guam. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigation Program and the ATF Special Agent Basic Training Program. I have attended numerous classes, seminars and training lectures in the investigation of criminal violations of federal laws. I have conducted multiple firearms-related investigations and obtained and executed both federal search and arrest warrants.

2.  The information contained in this affidavit is based upon my personal knowledge and observations, my training and experience, as well as information obtained from other law enforcement officers and other witnesses. This affidavit is intended merely to show that there is probable cause for the requested arrest

warrant and does not set forth all of my knowledge about this matter, or convey all of the facts regarding the investigation.

3. Based on the facts as set forth in this affidavit, and based upon my training and experience, there is probable cause to believe that BRONSON K. GOUVEIA, the defendant, committed a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) (possession of a controlled substance with intent to distribute), and that BRONSON K. GOUVEIA, the defendant, committed a violation of Title 18, United States Code, Section 922(g)(1) (felon in possession of firearms).

## PROBABLE CAUSE

### The State Search Warrant

4. On December 23, 2018, officers from the HPD's Criminal Investigations Division and District-4 Uniformed Patrol Division conducted a State of Hawaii search warrant that authorized the search of (a) the premises and curtilage of a location on Waihe'e Road, Kaneohe, Hawaii, described as a single-story, single-family dwelling (the "Premises"), consisting of one bedroom, one bathroom, and one living room; and, (b) any and all closed containers located in or on the Premises.

5. During the search of the Premises, known to be used by BRONSON K. GOUVEIA as his place of residence, the following items were recovered:

2

      a.    Approximately 1,380.6 gross grams of methamphetamine and an Ambush Firearms, Model A11, 5.56 caliber rifle, recovered from the bedroom floor; and,

      b.    A Ruger, Model Mini Thirty, 7.62 x 39 caliber, semi-automatic rifle, recovered from the closet in the bedroom.

      6.    The suspected methamphetamine, described as item "a," was field tested using a test kit, which resulted in presumptive positive for the presence of methamphetamine. The suspected methamphetamine was recovered inside two (2) gallon sized plastic bags inside a zippered compartment in a camouflage duffle bag in the bedroom. The camouflage duffel bag, further described as green, brown, tan, and black colors, was located at the foot of the bed. Furthermore, the duffle bag contained articles of clothing commonly worn by a male.

      7.    The premises searched on Waihe'e Road, in Kaneohe, Hawaii, is known to be the residence of BRONSON K. GOUVEIA. HPD officers interviewed the property manager of the residence who stated that BRONSON K. GOUVEIA lived at the one-bedroom premises. In addition, HPD officers also interviewed BRONSON K. GOUVEIA's girlfriend, who indicated that BRONSON K. GOUVEIA lived at the premises. During the execution of the search warrant, HPD officers found a check inside the premises dated August 17, 2018, that was made payable to BRONSON K. GOUVEIA.

3

8. From my training and experience, and from speaking with other law enforcement officers with specialized training and experience in investigating controlled substances offenses, I know that the amount of methamphetamine found in the Premises is not an amount consistent with personal use, meaning that it is an amount of methamphetamine that an individual generally would possess for the purpose of distribution.

9. I also conducted a physical examination of the firearms described above as items "b" and "c". This examination includes observing each firearm's markings to include the firearm's serial number, name of the manufacturer, model, caliber or gauge, and when applicable, the importer. Based upon the physical examination of each firearm, in conjunction with my knowledge, experience and research, item "b" and item "c" are firearms as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3) and were not manufactured in the State of Hawaii. Therefore, if these firearms were possessed in the State of Hawaii, they traveled in interstate and/or foreign commerce.

10. From a review of BRONSON K. GOUVEIA's criminal history rap sheet, I am aware that BRONSON K. GOUVEIA, has fourteen (14) prior felony convictions.

//

//

## CONCLUSION

11. Based on the foregoing facts, I respectfully submit that probable cause exists to believe that BRONSON K. GOUVEIA, the defendant, committed the aforementioned offenses.

Respectfully submitted,

_____
JOSEPH VILLAGOMEZ
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable to believe that the defendant above-named committed the charged crimes found to exist by the undersigned Judicial Officer at Honolulu, Hawaii, on December 28, 2018.

Subscribed and Sworn to before me, this 28 day of December, 2018.

_____
RICHARD L. PUGLISI
United States Magistrate Judge
District of Hawaii

5