KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 18-01406 KJM |
| Plaintiff, | ) EX PARTE MOTION TO DISMISS |
| vs. | ) COMPLAINT AND RECALL ARREST ) WARRANT; ORDER GRANTING EX ) PARTE MOTION TO DISMISS |
| BRONSON K. GOUVEIA, | ) COMPLAINT AND RECALL ARREST ) WARRANT |
| Defendant. | ) |

EX PARTE MOTION TO DISMISS
COMPLAINT AND RECALL ARREST WARRANT

Pursuant to Rule 9 of the Federal Rules of Criminal Procedure, the United

States of America, through Assistant U.S. Attorney Marshall H. Silverberg moves

this Court ex parte to dismiss the Complaint and recall the Arrest Warrant issued

on December 28, 2018, on the ground that the defendant is in state custody and the federal investigation has not yet been completed.

DATED: Honolulu, Hawaii, January 7, 2020.

      KENJI M. PRICE
      United States Attorney
      District of Hawaii


By */s/ Marshall H. Silverberg*
   MARSHALL H. SILVERBERG
   Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 18-01406 KJM |
| Plaintiff, | ) ORDER GRANTING EX PARTE |
| | ) MOTION TO DISMISS COMPLAINT |
| vs. | ) AND RECALL ARREST WARRANT |
| BRONSON K. GOUVEIA, | ) |
| Defendant. | ) |

ORDER GRANTING EX PARTE MOTION TO
DISMISS COMPLAINT AND RECALL ARREST WARRANT

Having considered the government's Ex Parte Motion to Dismiss Complaint and Recall Arrest Warrant, the Complaint filed on December 31, 2018 is hereby DISMISSED and the Arrest Warrant issued on December 28, 2018 is ordered RECALLED.

DATED: Honolulu, Hawaii, January 8, 2020.



Kenneth J. Mansfield
United States Magistrate Judge

UNITED STATES vs. BRONSON K. GOUVEIA
Mag. No. 18-01406 KJM
"Order Granting Ex Parte Motion to
Dismiss Complaint and Recall Arrest Warrant"